UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                          : CHAPTER 13
                                :
Tracey E. Davis                 : No. 13-17891-ELF


### **PRAECIPE  TO  WITHDRAW**


Pursuant to the above-captioned matter, kindly withdraw the

Motion to Modify Plan After Confirmation, filed on May 18, 2017.



                        /s/ David M. Offen
                        David M. Offen, Esquire
                        Curtis Center, 1st Fl., Ste. 160 W
                        601 Walnut Street
                        Philadelphia, PA  19106
                        215-625-9600
Dated 7/14/17