IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Tracey E Davis | : | No.   13-17891-ELF |
| Debtor | | |

O  R  D  E  R

AND NOW, this **18th** day of **July**, 2017, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L FRANK
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Tracey E Davis

Payroll Controller
City of Philadelphia
1401 John F. Kennedy Boulevard
Philadelphia, PA 19102