United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tracey E Davis  
      Debtor

Case No. 13-17891-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Jul 18, 2017  
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.  
db        +Tracey E Davis,   210 E. Stearly Street,   Philadelphia, PA 19111-5915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:  
        DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE4 debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
        DAVID M. OFFEN   on behalf of Debtor Tracey E Davis dmo160west@gmail.com, davidoffenecf@gmail.com  
        GERALD THOMAS CLARK   on behalf of Creditor   Philadelphia Gas Works gerald.clark@pgworks.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Citibank, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE4 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT FOR mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        THOMAS I. PULEO   on behalf of Creditor   Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE4 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        THOMAS I. PULEO   on behalf of Creditor   Citibank, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                        TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                    :    CHAPTER 13
                         :
Tracey E Davis           :    No.   13-17891-ELF
    Debtor

O R D E R

AND NOW, this    18th    day of    July    , 2017, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L FRANK
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Tracey E Davis

Payroll Controller
City of Philadelphia
1401 John F. Kennedy Boulevard
Philadelphia, PA 19102