United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-17891-elf
Tracey E Davis                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 2           Date Rcvd: Feb 21, 2018
                              Form ID: pdf900         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.

```
db          +Tracey E Davis,   210 E. Stearly Street,   Philadelphia, PA 19111-5915
cr          +Philadelphia Gas Works,   800 W. Montgomery Ave.,   Philadelphia, PA 19122-2898
13212534    +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13249045    +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
13143523   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
13143525   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
13228420    +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
13143524    +Cap One,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
13143526    +Cap One Na,   Po Box 26625,   Richmond, VA 23261-6625
13206966     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13206967     Capital One, N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13143529    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13143528    +Chase,   Po Box 24696,   Columbus, OH 43224-0696
13143530    +Chase-Bp,   Po Box 15298,   Wilmington, DE 19850-5298
13143531    +Chase/Cc,   Po Box 15298,   Wilmington, DE 19850-5298
13207196    +Citibank, N.A. as Trustee for WaMu Asset-Backed Ce,   Chase Records Center,
              Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13360598    +Citibank, N.A., as Trustee, in trust fo,   Serviced by Select Portfolio Servicing,,
              3815 South West Temple,   Salt Lake City, UT 84115-4412
13143533    +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
13143534    +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13143537    +KML Law Group,   Suite 5000 - Mellon Independence Ctr.,   701 Market Street,
              Philadelphia, PA 19106-1538
13164383    +Philadelphia Gas Works,   800 W Montgomery Ave,   Phila Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13143539    +Police And Fire Fcu,   901 Arch St,   Philadelphia, PA 19107-2495
13182127     US Department of Education,   Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
13143541    +Us Dept Of Ed/Glelsi,   Po Box 7860,   Madison, WI 53707-7860
13250723    +Wells Fargo Bank,   PO Box 5058 MAC P6053-021,   Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: bankruptcy@phila.gov Feb 22 2018 02:26:37   City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2018 02:26:06
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 22 2018 02:26:25   U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2018 02:40:49
              PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
13251699     E-mail/PDF: rmscedi@recoverycorp.com Feb 22 2018 02:21:36   Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13143527    +E-mail/Text: bankruptcynotices@cbecompanies.com Feb 22 2018 02:26:23   Cbe Group,
              1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
13187408    +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 22 2018 02:26:19
              Collecto Us Asset Managemnt, Inc.,   c o Jefferson Capital Systems LLC,   Po Box 7999,
              Saint Cloud Mn 56302-7999
13143532    +E-mail/Text: bankruptcy@consumerportfolio.com Feb 22 2018 02:26:17   Consumer Portfolio Svc,
              Po Box 57071,   Irvine, CA 92619-7071
13143535    +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2018 02:21:15   Gecrb/Lowes,   Po Box 965005,
              Orlando, FL 32896-5005
13143536    +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2018 02:20:55   Gecrb/Walmart,   Po Box 965024,
              Orlando, FL 32896-5024
13251438     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2018 02:34:26
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13172547     E-mail/PDF: cbp@onemainfinancial.com Feb 22 2018 02:20:54
              SPRINGLEAF FINANCIAL SERVICES, INC.,   P.O. BOX 3251,   EVANSVILLE, IN 47731
13143540     E-mail/PDF: cbp@onemainfinancial.com Feb 22 2018 02:20:56   Springleaf Financial S,
              753 W Cheltenham Ave Ste,   Elkins Park, PA 19027
                                                                                              TOTAL: 13
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13188569*   +COLLECTO US ASSET MANAGEMNT, INC.,   c o Jefferson Capital Systems LLC,   PO BOX 7999,
              SAINT CLOUD MN 56302-7999
13687745*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
              Norfolk, VA 23541)
```

```
District/off: 0313-2           User: YvetteWD              Page 2 of 2                   Date Rcvd: Feb 21, 2018
                               Form ID: pdf900             Total Noticed: 38

cr           ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
               Salt Lake City, UT 84115-4412
13143538     ##+Payliance,    3 Easton Oval Ste 210,    Columbus, OH 43219-6011
                                                                                             TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    Citibank, N.A. as Trustee for WaMu
               Asset-Backed Certificates, WaMu Series 2007-HE4 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Tracey E Davis dmo160west@gmail.com,  davidoffenecf@gmail.com
              GERALD THOMAS CLARK    on behalf of Creditor    Philadelphia Gas Works gerald.clark@pgworks.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Citibank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Citibank, N.A. as Trustee for WaMu Asset-Backed
               Certificates, WaMu Series 2007-HE4 bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC, SERVICING
               AGENT FOR mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Citibank, N.A. as Trustee for WaMu Asset-Backed
               Certificates, WaMu Series 2007-HE4 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Citibank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRACEY E DAVIS                                    Chapter 13

                        Debtor          Bankruptcy No. 13-17891-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: February 21, 2018**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
TRACEY E DAVIS

210 E. STEARLY STREET

PHILADELPHIA, PA 19111